# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STANLEY LYNN SCOTT,** | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 25-CV-0837 |
| | : | |
| **COMMONWEALTH OF** | : | |
| **PENNSYLVANIA,** *et al.*, | : | |
|     Defendants. | : | |

## ORDER

AND NOW, this 7th day of May, 2025, upon consideration of Plaintiff Stanley Lynn Scott's Motion to Proceed *In Forma Pauperis* (ECF No. 6) and *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED WITH PREJUDICE** for the reasons stated in the Court's Memorandum.

4. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

                               **BY THE COURT:**

                               **/s/ Gerald Austin McHugh**
                               **GERALD A. MCHUGH, J.**